# In the United States District Court
## For the Northern District of Alabama
### Northwestern Division

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| v. | ) | Case No. 5:15-cr-00136-HDM-GMB |
| | ) | |
| **Kandace Marie Christopher** | ) | |

### Unopposed Motion to Continue Final Revocation Hearing

Ms. Kandace Marie Christopher, through counsel and without objection from the Assistant U.S. Attorney or the U.S. Probation Officer, respectfully moves for a 30-day continuance of the final revocation hearing currently scheduled on Tuesday, March 10, 2026. In support, Ms. Christopher provides the following:

1. On September 26, 2018, Ms. Christopher began a 15-year term of supervised release following the completion of her federal prison sentence.

2. On February 12, 2026, the U.S. Probation Officer filed a petition alleging that Ms. Christopher had committed a crime, that is, loitering as an adult sex offender by attending a local school basketball game. *See* Doc. 48.

3. The U.S. Probation Officer sought a summons for Ms. Christopher to appear in Court to address this. *Id.* The Court granted this request and issued the summons. *Id.*; Doc. 49.

4. Ms. Christopher appeared by summons for her initial appearance on Thursday, February 26, 2026. Minute Entry 02/26/2026. The Magistrate Judge granted the joint request of the parties and released Ms. Christopher on a $5,000 unsecured bond. *Id.*; Docs. 53 & 54.

5. The Court thereafter scheduled the final revocation hearing in this matter for March 10, 2026. Doc. 55.

6. The undersigned has communicated with the U.S. Probation Officer and the Assistant U.S. Attorney about the allegations in this case and has received in discovery a written police report. The undersigned has requested certain supplemental discovery from the U.S. Probation Office to aid in preparing for the final revocation hearing in this matter.

7. The undersigned also plans to confer further with Ms. Christopher and with the U.S. Probation Officer and the Assistant U.S. Attorney to discuss possible proposed resolutions for the Court's consideration at the hearing.

8. Finally, the undersigned's co-counsel in this matter has a conflict with the current setting of March 10, 2026, as co-counsel has another court setting in Tuscaloosa that same morning.

9. Prior to filing this motion, the undersigned confirmed that the Assistant U.S. Attorney and the U.S. Probation Officer do not object to the requested continuance.

For these reasons, the defense respectfully requests an approximately 30-day continuance of the final revocation hearing in this matter.

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender
Northern District of Alabama

        **/s/ Mia Gettenberg**
        MIA GETTENBERG
        Assistant Federal Public Defender
        505 20th Street North, Suite 1425
        Birmingham, Alabama 35203
        (205) 208-7170
        Mia_Gettenberg@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I electronically filed the foregoing via this Court's CM/ECF system.

        Respectfully submitted,

        **/s/ Mia Gettenberg**
        MIA GETTENBERG
        Assistant Federal Public Defender